October 2, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2024
```

**VIA ECF**

Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

SO ORDERED:

10/02/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

      RE:    **Joint Letter-Motion Requesting Cancellation of Discovery Hearing**
                  **Thorsten Busch v. Airbus S.A.S., et al., 1:22-cv-06967-JHR**

Dear Judge Lehrburger:

      The Plaintiff and the Defendants hereby jointly and respectfully request that the Discovery Hearing currently scheduled for October 3, 2024, relative to the Defendants' Letter-Motion for Conference Re: Discovery (ECF 97) be cancelled, as it has now become moot as of October 2, 2024.

      In the Defendants' previously filed Letter-Motion (ECF 97), the Defendants sought a Discovery Conference regarding the Plaintiff's outstanding answers to the Defendants' second set of interrogatories, two outstanding medical authorizations, and the Plaintiff's outstanding supplemental document production specific to the Plaintiff's updated and complete workers' compensation records. See ECF 97.

      On September 30, 2024, Plaintiff's counsel served the Plaintiff's answers to the Defendants' second set of interrogatories on defense counsel, along with the two signed medical authorizations that were requested. On October 2, 2024, Plaintiff's counsel served defense counsel with the Plaintiff's supplemental document production containing the updated and complete set of Plaintiff's workers' compensation records to date, which Plaintiff's counsel only recently received the other day from Plaintiff's workers' compensation attorney.

      In light of this, the Defendant's Letter-Motion requesting a discovery conference on these issues has now become moot as of today. As such, the parties jointly and respectfully request that the Court cancel the Discovery Conference currently scheduled for October 3, 2024, as the parties were able to resolve these outstanding discovery issues.

Respectfully Submitted,

Plaintiff, by his attorneys,
Pro Hac Vice Counsel,

**/s/ John T. Martin**
John T. Martin (MA BBO #676344)
Michaela M. Weaver (MA BBO #705985)
Sullivan & Sullivan, LLP

83 Walnut Street, Suite 100
Wellesley, MA 02481
jmartin@sullivanllp.com
mweaver@sullivanllp.com


**/s/ Christopher M. Odell**
Christopher M. Odell
christopher.odell@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP  700 Louisiana St., Ste. 4000
Houston, Texas 77098
T: (713) 576-2400
F: (713) 576-2499

**/s/ Megan Pieper**
Megan Pieper
megan.pieper@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP  601 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

*Admitted pro hac vice*
*Attorneys for Defendants Airbus Americas, Inc. and Airbus S.A.S.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served electronically upon all registered participants, as identified on the CM/ECF Notice of Electronic Filing (NEF) system, on October 2, 2024.

**/s/ John T. Martin**