## SULLIVAN & SULLIVAN, LLP
Attorneys at Law
83 Walnut Street
Wellesley, Massachusetts 02481

Richard J. Sullivan  
Mark D. Sullivan  
Eugene F. Sullivan, Jr.

Thomas P. Kelley  
James M. McLaughlin

Telephone (781) 263-9400  
Fax (781) 239-1360

*Of Counsel:*  
Teresa Monroe (NY)  
Robert P. Turner (MA)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2025
```

June 4, 2025

**VIA ECF AND ELECTRONIC MAIL**

Hon. Jennifer H. Rearden  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

Re: *Thorsten Busch, et al. v. Airbus Americas, Inc., et al.*, 1:22-cv-06967-JHR

Dear Judge Rearden:

    The Plaintiff, with the assent of the Defendants, respectfully requests clarification regarding the Court's Order, dated May 19, 2025 (ECF 110) relative to the parties' joint letter motion, filed May 16, 2025, requesting extended summary judgment and *Daubert* opposition and reply filing deadlines and for leave to file excess pages and related filings under seal (ECF 109).

    More specifically, the parties' May 16, 2025, letter motion, requested the following: (1) an extension of the filing deadline for Plaintiff's oppositions to Defendants' summary judgment motion and *Daubert* motions until June 27, 2025, and in turn, an extension until July 7, 2025, for Defendants to file any reply briefs; (2) leave of Court for the parties to file excess pages relative to their summary judgment filings, with Defendants' memorandum in support of their motion for summary judgment not to exceed 35 pages, Plaintiff's opposition memorandum to Defendants' summary judgment motion not to exceed 35 pages, and Defendants' reply brief not to exceed 20 pages; (3) leave of Court for Plaintiff to file an omnibus opposition in response to any *Daubert* motions with excess pages not to exceed 45 pages; and (4) leave of Court to file memoranda of law and exhibits relative to the summary judgment and *Daubert* filings under a provisional seal, with a proposed schedule for the filing of public versions of the documents with proposed redactions.

    The Court granted the parties letter motion on May 19, 2025, however, the Court's Order granting the letter motion still lists the Plaintiff's opposition filing deadline to Defendants' motion for summary judgment and *Daubert* motions as June 13, 2025, which is the original deadline that the Plaintiff requested be extended until June 27, 2025 in the previously-filed joint letter motion, and the Order also still lists the Defendants' reply filing deadline as June 20, 2025,

---

**[Stamped order, upper right:]**

Plaintiff shall oppose Defendants' summary judgment and *Daubert* motions by **June 27, 2025**. Defendants shall submit their replies, if any, by **July 7, 2025**.

The Clerk of Court is directed to terminate ECF No. 120.

SO ORDERED.

*/s/ Jennifer H. Rearden*  
Jennifer H. Rearden, U.S.D.J.  
Dated: June 5, 2025

which is the original deadline the parties requested be extended until July 7, 2025. The Court's Order granted the additional leave sought by the parties, as referenced above.

It appears that the June 13, 2025, opposition deadline and the June 20, 2025, reply deadline listed in the Court's Order may have been an error, as the letter motion requesting extended deadlines was granted. As such, the Plaintiff respectfully requests clarification from the Court as to whether the parties' requests for an extension until June 27, 2025, for Plaintiff's opposition filings and an extension until July 7, 2025, for Defendants' reply filing deadline are in fact granted and respectfully requests that the Court issue an amended Order reflecting the extended deadlines stated herein. The undersigned counsel conferred with Defendants' counsel regarding this letter motion, and the Defendants assent to the relief requested herein.

The Plaintiff appreciates the Court's consideration of this matter.

Respectfully submitted by:

**/s/ John T. Martin**
John T. Martin (BBO #676344)
Michaela M. Weaver (BBO #705985)
Sullivan & Sullivan, LLP
83 Walnut Street
Wellesley, Massachusetts 02481
T: (781) 263-9400
F: (781) 239-1360
jmartin@sullivanllp.com
mweaver@sullivanllp.com
*Admitted pro hac vice*

*Attorneys for Plaintiff*