UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2025
```

-------------------------------------------------------------- X
                                     :

THORSTEN BUSCH,                             :

                   Plaintiff,    :     1:22-cv-06967 (VEC)

           -against-        :     ORDER

AIRBUS S.A.S. and AIRBUS AMERICAS, INC.,:

              Defendants. :

-------------------------------------------------------------- X

VALERIE CAPRONI, District Judge:

WHEREAS this case has been reassigned to the Undersigned for all purposes.

IT IS HEREBY ORDERED that the parties must review and comply with the Undersigned's Individual Practices in Civil Cases, available at the Court's website.

IT IS FURTHER ORDERED that **no later than December 5, 2025**, the parties must file a joint letter, not to exceed five pages, containing a brief summary of: (1) the nature of the case, (2) the principal claims and defenses, (3) the status of discovery, (4) any outstanding motions, (5) the major legal and factual issues that are most important to resolving the case, and (6) any other information that the parties believe may assist the Court in resolving the action. Unless notified otherwise by the Court, the parties should presume that any deadlines, which should be explicitly stated in the joint letter, remain in effect notwithstanding the case's transfer.

**SO ORDERED.**

**Date: November 24, 2025**
      **New York, NY**

_____
      **HON. VALERIE CAPRONI**
      **United States District Judge**