UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
THORSTEN BUSCH,                                               :
                                                              :
                                    Plaintiff,                :        1:22-cv-06967 (VEC)
                                                              :
                    -against-                                 :        ORDER
                                                              :
AIRBUS S.A.S. and AIRBUS AMERICAS, INC.,:
                                                              :
                                    Defendants.  :
                                                              :
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2026
```

VALERIE CAPRONI, District Judge:

        WHEREAS on May 30, 2025, Defendants Airbus S.A.S. and Airbus Americas, Inc. filed

a Motion for Summary Judgment, Dkt. 116; and

        WHEREAS on May 30, 2025, Defendants Airbus S.A.S. and Airbus Americas, Inc. also

filed five *Daubert* motions: a Motion to Exclude the Opinions of Judith Anderson, Dkt. 111; a

Motion to Exclude the Opinions of Dr. C. V. Howard, Dkt. 112; a Motion to Exclude the

Opinions of Dr. Susan Michaelis, Dkt. 113; a Motion to Exclude the Opinions of Dr. Dieter

Scholz, Dkt. 114; and a Motion to Exclude the Opinions of De. Zeke McKinney and Dr. Jill

Schultz at Dkt. 115.

2

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is DENIED WITHOUT PREJUDICE.  So that the parties can brief summary judgment relying only on expert opinions that the Court has ruled admissible, the Court will set a new briefing schedule for Defendants' motion for summary judgment after the Court rules on the outstanding Motions to Exclude Opinions at Dkts. 111-115.  The Clerk of the Court is respectfully directed to close the open motion at Dkt. 116.

**SO ORDERED.**

**Date:  January 15, 2026**
     **New York, NY**

_____
          **VALERIE CAPRONI**
          **United States District Judge**

2